STATE v. PRESSLEY

No. 272P92

Case below: 106 N.C.App. 494

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 September 1992.

STATE v. REID

No. 276P92

Case below: 106 N.C.App. 494

Petition by defendant (Mark Pitt) for discretionary review pursuant to G.S. 7A-31 denied 3 September 1992.

STATE v. WEBB

No. 199P92

Case below: 106 N.C.App. 394

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 September 1992.

STATE v. WELLS

No. 257P92

Case below: 106 N.C.App. 395

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 3 September 1992.